

**SEALED**

FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA

AUG 19 2021

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL JAMES HUNT,<br><br>Defendant. | **SEALED**<br><br>4:21CR3105<br><br>INDICTMENT<br>18 U.S.C. §§ 922(g)(1) and 924(a)(2) |

The Grand Jury charges that:

## COUNT ONE

On or about September 17, 2020, in the District of Nebraska, Defendant MICHAEL JAMES HUNT, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: driving under the influence fourth offense and driving during suspension on February 20, 2007, during under suspension on March 11, 2013, during under suspension on March 18, 2013, and attempted driving under suspension on November 27, 2019, all prior convictions occurring before the District Court of Lincoln County, Nebraska, knowingly possessed ammunition and a firearm, that is 9mm, .223, 5.56, and .50 BMG caliber ammunition, and a Barrett .50 BMG caliber rifle, said ammunition and firearm having been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL.

FOREPERSON

1

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

MATTHEW R. MOLSEN, #22693
Assistant U.S. Attorney