IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>MICHAEL JAMES HUNT,<br><br>               Defendant. | 4:21-CR-3105<br><br>FINAL ORDER OF FORFEITURE |

      This matter is before the Court on the plaintiff's Motion for Final Order of Forfeiture (filing 73). On December 27, 2022, the Court entered a Preliminary Order of Forfeiture (filing 67) pursuant to 18 U.S.C. § 924(d), 26 U.S.C. § 5872, and 28 U.S.C. § 2461, based upon the defendant's plea of guilty to a violation of 18 U.S.C. §§ 922(g)(3) and 924(a)(2), and his admission of the forfeiture allegation contained in the indictment. By way of the preliminary order of forfeiture, the defendant's interest in Barrett .50 BMG caliber rifle and ammunition was forfeited to the United States. Filing 67.

      As directed by the order, a Notice of Criminal Forfeiture was posted beginning on January 4, 2023, on an official Internet government forfeiture site, www.forfeiture.gov, for at least 30 consecutive days, as required by Supp. Admiralty and Maritime Claims R. G(4)(a)(iii)(B). A Declaration of Publication (filing 72) was filed on March 7, 2023. The Court has been advised by the plaintiff that no petitions have been filed, and from a review of the Court file, the Court finds no petitions have been filed.

IT IS ORDERED:

1. The plaintiff's Motion for Final Order of Forfeiture (filing 73) is granted.

2. All right, title, and interest in and to the Barrett .50 BMG caliber rifle and ammunition held by any person or entity are forever barred and foreclosed.

3. The property is forfeited to the plaintiff.

4. The plaintiff is directed to dispose of the property in accordance with law.

Dated this 16th day of March, 2023.

BY THE COURT:

John M. Gerrard
Senior United States District Judge